MICHAEL C. FALLON, SBN 088313
MICHAEL C. FALLON, JR., SBN 303082
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770

Attorneys for Alleged Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                              Case No. 22-10183

NORTHERN CALIFORNIA                                 Chapter 7
MEDICAL ASSOCIATES, Inc
aka NCMA
IDN: 94-2313418

    Alleged Debtor.
_____/

ALLEGED DEBTOR'S RESPONSE TO
INVOLUNTARY PETITION

    Northern California Medical Associates, Inc. (aka "NCMA"), formerly a Health Care Business (as defined in 11 USC § 101(27A), hereby responds to the Involuntary Petition initiated by HSRE-VCM Fountaingrove, CompugroupMedical, Inc. and Pacific Companies, Inc.

    When NCMA became indebted to the three petitioning creditors NCMA was a Health Care Business. On April 30, 2021, NCMA ceased clinical operations and thereby discontinued providing health care to the general public. For the past thirteen months NCMA has been winding down its business operations: NCMA transferred patient records to a custodian of records, collected accounts receivable, paid priority tax claims, and assisted with the termination of its employee pension plan. NCMA does not oppose the entry of an Order for Relief under Chapter 7, and, if asked to do so, will stipulate to the entry of an Order for Relief

Dated: May 24, 2022                                */s/ Michael C. Fallon*

                                                              Michael C. Fallon
                                                              Attorney for NCMA