CLERK'S NOTICE RE Santa Rosa Adversary Status Conference/Law & Motion Calendar via Zoom Webinar

HEARING TO BE CONDUCTED VIA VIDEO CONFERENCE on **July 6, 2022 at 11:00 A.M.**, will be conducted by Judge Charles Novack through Zoom Webinar.

**Please click the link below to join the webinar:**
https://www.zoomgov.com/j/1601458435?pwd=bVpsTWVmbWpxT25yeXIvRXhuOXZwdz09
**Passcode: 718523**

If you are planning to **appear by phone**, please contact Judge Novack's Courtroom Deputy Ruby Bautista at ruby_bautista@canb.uscourts.gov,
at least 3 days prior to hearing providing the actual phone number for which you will be calling in from, otherwise, you will remain under Listen Only attendee. Please see below for **TELEPHONE Dial-In** information

Dial(for higher quality, dial a number based on your current location):
US: +1 669 254 5252  or +1 669 216 1590  or +1 551 285 1373  or +1 646 828 7666
**Webinar ID: 160 145 8435**
**Passcode: 718523**
International numbers available: https://www.zoomgov.com/u/aeEkvwCBeB

**PLEASE READ THE INSTRUCTIONS PRIOR TO THE HEARING**

All Parties (Debtors, Attorneys, Creditors) must wear business casual attire.
**PRIOR TO JOINING THE HEARING**, please modify your name display to include the following:

- Line #- Full Name- Case number(s)     Example: #0 -Your Full Name - 00-00000

For Security Purposes, you **WILL NOT** be permitted to appear if your name is not displayed properly.

**IMPORTANT NOTICE TO THE MEDIA AND PUBLIC**

Persons granted remote access to hearings and other proceedings held before the Court via Zoom or any other communication service are reminded that recording, photographing, rebroadcasting or retransmission of such proceedings (including streaming, screen-shots or any other audio or video reproduction) is absolutely prohibited by policy of the Judicial Conference of the United States.

A violation of these prohibitions is subject to sanctions, including but not limited to removal of court-issued media credentials, restricted access to future hearings, or any other sanctions deemed necessary by the Court. *

Please see https://www.canb.uscourts.gov/policy-and-procedure-appearances-televideoconference  for information on preparing for and participating in a Zoom Webinar. Counsel are instructed to familiarize themselves with and practice Zoom Webinar functions, and to test their internet, video, and audio capabilities prior to the hearing.

---

* General Order 38 (Eighth Amended): Matters Pending in The Northern District of California in Re: Covid-19 Public Health Emergency, at paragraph 4; United States District Court, Northern District of California General Order 58, at paragraph III