

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
ROYE ZUR, State Bar No. 273875
  rzur@elkinskalt.com
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400
Facsimile: 310.746.4499

Attorneys for HSRE-VCM Fountaingrove MOB, LLC, CompuGroup Medical, Inc., and Pacific Companies, Inc.

The following constitutes the order of the Court.
Signed: July 7, 2022

_____
Charles Novack
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA

| | |
|---|---|
| In re<br><br>NORTHERN CALIFORNIA MEDICAL ASSOCIATES, INC.,<br><br>Debtor. | Case No. 22-10183<br><br>Chapter 7 (involuntary)<br><br>**ORDER APPROVING STIPULATION FOR ENTRY OF AN ORDER FOR RELIEF IN AN INVOLUNTARY BANKRUPTCY CASE**<br><br>[Relates to Docket No. 7]<br><br>Hon. Charles Novack |

The Court having reviewed the Stipulation for Entry of an Order for Relief in an Involuntary Bankruptcy Case (the "Stipulation") [Docket No. 7] entered into by HSRE-VCM Fountaingrove MOB, LLC, CompuGroup Medical, Inc., and Pacific Companies, Inc. on one hand, and Northern California Medical Associates, Inc. ("Debtor"), on the other hand; and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation shall be and hereby is APPROVED; and

2. An order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code) is hereby GRANTED.

3. Debtor shall be and hereby is ordered to comply with all applicable provisions of Federal Rule of Bankruptcy Procedure 1007.

END OF ORDER

ORDER FOR RELIEF IN AN INVOLUNTARY BANKRUPTCY CASE

**COURT SERVICE LIST**

COURT SERVICE LIST